IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, ) | Case No.: 16-cv-09637 |
| Plaintiff, ) | |
| ) | Judge Gary Feinerman |
| v. ) | |
| ) | Magistrate Judge Jeffrey T. Gilbert |
| RITZ-CARLTON OF CHICAGO, INC. ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, Howard Cohan ("Cohan") and Defendant Ritz-Carlton of Chicago, Inc. ("Defendant"), through their undersigned counsel, and for their Notice of Settlement, state as follows:

1. The Parties have reached a settlement agreement in principle as to the entirety of this litigation.

2. The Parties are currently finalizing and memorializing the requisite settlement paperwork. The Parties anticipate finalizing the settlement agreement and its conditions precedent within the next twenty-one (21) days at which time the appropriate dismissal paperwork will be filed.

3. Currently, Defendant is required to Answer or otherwise plead to Plaintiff's Complaint on or before January 11, 2017 and this matter is set for status on January 23, 2017.

4. By virtue of this Notice, the Parties respectfully request that the foregoing dates be stricken without prejudice to allow sufficient time to finalize the settlement agreement.

Date: January 10, 2017                    Respectfully submitted by:

_____                   _____
Jason Keck                                Ivaylo V. Tchernev
**FISHER & PHILLIPS LLP**                 Law Offices Of Jacobson & Tchernev, Ltd.
10 S. Wacker Drive, Suite 3450            33 N. Dearborn Street, Suite 1907
Chicago, IL 60606                         Chicago, IL 60602

(Attorney for Defendant)                  (Attorney for Plaintiff)

## CERTIFICATE OF SERVICE

The undersigned attorney of FISHER & PHILLIPS LLP, certifies that on January 10, 2017, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will serve notice to the following parties:

Ivaylo V. Tchernev
Law Offices Of Jacobson & Tchernev, Ltd.
33 N. Dearborn St.
Suite 1907
Chicago, IL 60602

/s/ *Jason D Keck*
ATTORNEY FOR THE DEFENDANT